UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

RUSSELENE ANDERSON, )
    Plaintiff, )
 )
v. ) Civil Action No. 05-1191- T
 )
COMMISSIONER OF SOCIAL )
SECURITY, )
    Defendant. )

## ORDER

On motion of counsel for Defendant it is hereby

**ORDERED** that the supplemental administrative record be entered and affixed to defendant's answer filed on September 9, 2005.

ENTERED this 3rd day of October 2005.

JAMES D. TODD, CHIEF JUDGE
UNITED STATES DISTRICT COURT

This document entered on the docket sheet In compliance with Rule 58 and/or 79 (a) FRCP on 10/4/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 6 in case 1:05-CV-01191 was distributed by fax, mail, or direct printing on October 4, 2005 to the parties listed.

---

Barton F. Robison
LAW OFFICES OF BARTON F. ROBISON
104 W. Washington
Paris, TN 38242

Joe A. Dycus
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable James Todd
US DISTRICT COURT