UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

RUSSELENE ANDERSON,

    Plaintiff,

v.                                  Civil No. 05-1191

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

ORDER ALLOWING ADDITIONAL TIME TO FILE BRIEF

The defendant's motion for additional time to file an Answer is granted. The Commissioner shall file an answer by November 14, 2005.

_____
Judge, United States District Court

Date: 7 November 2005

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 11/8/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 11 in case 1:05-CV-01191 was distributed by fax, mail, or direct printing on November 8, 2005 to the parties listed.

---

Barton F. Robison
LAW OFFICES OF BARTON F. ROBISON
104 W. Washington
Paris, TN 38242

Joe A. Dycus
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable James Todd
US DISTRICT COURT