UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

FILED BY _____ D.C.
05 DEC 30  PM 3:43

_____ GOULD
CLERK, US DISTRICT COURT
W/D OF TN JACKSON

RUSSELENE ANDERSON,
    Plaintiff,

V

Civil No. 05-1191

COMMISSIONER OF SOCIAL SECURITY
    Defendant,

---

### ORDER ALLOWING ADDITIONAL TIME TO FILE BRIEF

---

The plaintiff's motion for additional time to file an Answer is granted. The Plaintiff shall file an answer by January 31, 2006.

_James D. Todd_
Judge, United District Court
Date: 30 December 2005

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on 12/30/05

18

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 18 in case 1:05-CV-01191 was distributed by fax, mail, or direct printing on December 30, 2005 to the parties listed.

---

Joe A. Dycus
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Barton F. Robison
LAW OFFICES OF BARTON F. ROBISON
104 W. Washington Street
Paris, TN 38242

Honorable James Todd
US DISTRICT COURT